MINNIE WALTER et al., Appellants, *v.* PATRICK BOND, Defendant, and THOMAS FERRY, Defendant-Respondent.

Submitted January 14, 1944; decided March 2, 1944.

*John M. Braisted, Jr.,* and *Irving Ginsberg* for appellants. *Harold Davis* and *Lawrence Eichner* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, DESMOND and THACHER, JJ. RIPPEY and CONWAY, JJ., dissent on the ground that there was a question of fact presented as to defendant's negligence.